UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LANI WILLIAMS

       Plaintiff,

v.

SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION,

       Defendant.

Case No. 11-CV-197

---

**STIPULATION AND ORDER FOR DISMISSAL**

---

**STIPULATION**

Defendant Saint-Gobain Performance Plastics Corporation, by its attorneys Whyte Hirschboeck Dudek, S.C. and Plaintiff, Lani Williams, by her attorneys, Fox & Fox, S.C., agree and state as follows:

That the Court may enter an order dismissing this action, with prejudice and without costs to Plaintiff or Defendant.

DATED: November 29, 2011.

| | |
|---|---|
| /s/ Mary E. Kennelly | /s/ Thomas P. Godar |
| Michael R. Fox | Thomas P. Godar |
| Mary E. Kennelly | Jeffrey A. McIntyre |
| Fox & Fox, S.C. | Barbara J. Zabawa |
| 124 W Broadway, Ste 100 | Whyte Hirschboeck Dudek S.C. |
| Monona, WI 53716 | 33 East Main Street, Suite 300 |
| Phone: 608-258-9588 | P.O. Box 1379 |
| Fax:    608-258-9105 | Madison, WI 53701-1379 |
| E-mail: mfox@foxquick.com | Email: tgodar@whdlaw.com |
|        mkennelly@foxquick.com |        jmcintyre@whlaw.com |
| |        bzabawa@whdlaw.com |
| *Attorneys for Plaintiff Lani Williams* | *Attorneys for Defendant Saint-Gobain Performance Plastics* |

ORDER

Pursuant to the parties' stipulation, the above-captioned matter is hereby dismissed with prejudice, and each party is to bear their own costs.

Dated this 7th day of ~~November~~ December, 2011.

_____
Honorable William M. Conley
District Judge